149 A.3d 548

**BRISCOE, Michael D.**

**v.**

**STATE of Maryland**

**Pet. Docket No. 356, Sept.Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 2425, Sept. Term, 2014).

Petition for writ of certiorari denied.

■

149 A.3d 548

**BURKE, Earl E.**

**v.**

**STATE of Maryland**

**Pet. Docket No. 415, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016 ·

Opinion of the Court of Special Appeals unreported (No. 2388, Sept. Term, 2014).

Petition for writ of certiorari denied.